**Order entered November 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01422-CV

## IN RE QUINCY BLAKELY, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-18020**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ADA BROWN
        JUSTICE